Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Thomas Monaghan
ASSISTANT FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, ID 83702
Telephone:   (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
TIMOTHY LANDON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | CR18-113-S-BLW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| vs. | ) | AND ASSOCIATION OF |
| | ) | CO-COUNSEL |
| TIMOTHY LANDON, et al., | ) | |
| Defendant. | ) | |

TO:   CLERK OF THE COURT, UNITED STATES DISTRICT COURT
      BART M. DAVIS, UNITED STATES ATTORNEY
      JOSHUA D. HURWIT, ASSISTANT UNITED STATES ATTORNEY
      MELISSA LOU, ASSISTANT UNITED STATES ATTORNEY
      DART BURROWS, ATTORNEY FOR CO-DEFENDANT ROBERT WALLIN
      ROB LEWIS, ATTORNEY FOR CO-DEFENDANT RICHARD McCOLLOUGH
      GREG SILVEY, ATTORNEY FOR CO-DEFENDANT ERIC THOMPSON

  PLEASE TAKE NOTICE that Thomas Monaghan of the Federal Defender Services

of Idaho, hereby makes an appearance and associates in as co-counsel in the above action on

behalf of the defendant, TIMOTHY LANDON, and requests that all further papers and pleadings herein except original process be served upon said undersigned attorney and co-counsel at the above address or electronically at thomas_monaghan@fd.org.

Dated: June 04, 2018    Respectfully submitted,
SAMUEL RICHARD RUBIN
FEDERAL PUBLIC DEFENDER
By:


/s/Thomas Monaghan
Thomas Monaghan
Assistant Federal Public Defender
Federal Defender Services of Idaho
Attorneys for Defendant
TIMOTHY LANDON

Notice of Appearance and
Association of Co-Counsel                          2

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document Notice of Appearance and Association of Co-Counsel was served on all parties named below on this 04th day of June 2018.

| | | |
|---|---|---|
| Joshua Hurwit, Assistant US Attorney<br>Office of the United States Attorney<br>joshua.hurwit@usdoj.gov | _____<br>__X__ | United States Mail<br>CM/ECF Filing |
| Melissa Lou, Assistant US Attorney<br>Office of the United States Attorney<br>melissa.lou@usdoj.gov | _____<br>__X__ | United States Mail<br>CM/ECF Filing |
| Dart Burrows, Attorney for Co-Defendant<br>Robert Wallin, Co-Defendant<br>dburrows@kmrs.net | _____<br>__X__ | United States Mail<br>CM/ECF Filing |
| Rob Lewis, Attorney for Co-Defendant<br>Richard McCollough, Co-Defendant<br>robslewis@hotmail.com | _____<br>__X__ | United States Mail<br>CM/ECF Filing |
| Greg Silvey, Attorney for Co-Defendant<br>Eric Thompson, Co-Defendant<br>greg@idahoappeals.com | _____<br>__X__ | United States Mail<br>CM/ECF Filing |

Dated: June 04, 2018        /s/ _____
                           Nancy Hernandez